# In the United States District Court
# For the Southern District Of Georgia
# Waycross Division

```
CARLOS WARDLAW and LEVERTIS      *
VICKERS, individually and on     *
behalf of all those similarly    *
situated,                        *
                                 *
        Plaintiffs,              *      CV 517-10
                                 *
    v.                           *
                                 *
FREEDOM TRAILERS, LLC, and MARK  *
BAXLEY,                          *
                                 *
        Defendants.              *
```

## ORDER

This case has been stayed since March 22, 2017 pending the parties' mediation efforts. See Dkt. No. 68. The parties are hereby **ORDERED** to file a joint status report on the status of their efforts within thirty days of today's date.

**SO ORDERED**, this 25TH day of October, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)