UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| CARLOS WARDLAW and LEVERTIS VICKERS, individually and on behalf of all those similarly situated, </br></br> Plaintiffs, </br></br> v. </br></br> FREEDOM TRAILERS, LLC, and MARK BAXLEY, </br></br> Defendants. | Case No. 5:17-CV-00010-LGW-RSB |

## ORDER GRANTING FLSA SETTLEMENT APPROVAL

Upon consideration of the parties' Joint Motion for Approval of FLSA Collective Action Settlement and a Service Award, the Court hereby grants the Motion and ORDERS as follows:

1. The Court finds that the Settlement, as set forth in the Settlement Agreement executed by the parties, is fair, reasonable, and adequate under federal laws, including the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. The Court finds that the uncertainty and delay of further litigation strongly supports the reasonableness and adequacy of the Settlement Amount established pursuant to the Settlement Agreement.

2. The Settlement is HEREBY APPROVED in its entirety, including the requested service award for each of the two Named Plaintiffs.

3. The Settlement Fund shall be dispersed in accordance with the Settlement Agreement as detailed in the Motion.

4. This action is hereby DISMISSED WITH PREJUDICE with each party to bear their own costs except as set forth in the Order Granting Plaintiffs' Unopposed Motion for Attorneys' Fees and Costs.

**SO ORDERED**, this _5_ day of _February_, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE