# In the United States District Court
## for the Southern District of Georgia
### Waycross Division

CARLOS WARDLAW and LEVERTIS )
VICKERS, individually and on )
behalf of all those similarly )
situated, )
              Plaintiffs, )
               )
v. )              CV 517-10
               )
FREEDOM TRAILERS, LLC, and )
MARK BAXLEY, )
               )
              Defendants. )

## ORDER

Upon consideration of Plaintiffs' Unopposed Motion for Attorneys' Fees and Costs, the Court hereby **ORDERS** as follows:

1. The Court finds that Plaintiffs are entitled to a reasonable attorneys' fee and the costs of this action under 29 U.S.C. § 216(b).

2. The Court has reviewed Plaintiffs' Motion and finds that the requested attorneys' fees and costs of the action are fair and reasonable. Plaintiffs' request for attorneys' fees in the amount of $164,927.18 and costs in the amount of $5,213.46 is **HEREBY GRANTED** in its entirety.

4. The attorneys' fees and costs shall be paid out of the Settlement Fund and disbursed in accordance with the parties' Settlement Agreement.

**SO ORDERED**, this 5th day of February, 2018.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)