AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CARLOS WARDLAW and LEVERTIS
VICKERS, individually and on behalf of
all those similarly situated,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:17-cv-10

FREEDOM TRAILERS, LLC, and
MARK BAXLEY,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 5th day of February 2018; judgment is hereby entered in the amount of $164,927.18 for attorneys' fees and costs in the amount of $5,213.46, shall be paid out of the Settlement Fund and disbursed in accordance with the parties' Settlement Agreement. This case stands closed.

Approved by: _____
Hon. Lisa Godbey Wood, Judge
United States District Court
Southern District of Georgia

February 9, 2018
Date

Scott L. Poff
Clerk

s/Candy Asbell
(By) Deputy Clerk



GAS Rev 10/1/03